**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JOAN ELIZANDRO VELIZ CUELLAR,
by and through his next friend,
MELISSA SEGOVIA,

                     Petitioner,

v.                                         CIVIL ACTION NO. 3:26-0440

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

                     Respondents.

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Petitioner Joan Elizandro Veliz Cuellar's Petition for Writ of

Habeas Corpus. *Pet.*, ECF No. 1. For the reasons discussed below, the Petition is **GRANTED**.

Petitioner[1] challenges his current civil immigration detention without an individualized

custody determination and requests immediate release. *Pet.* ¶¶ 2–3, 19–20. On the morning of

_____

      [1] Petitioner's counsel represents that since filing the Petition, he has made contact with

July 4, 2026, Petitioner was arrested within the interior of the United States, in or around Barboursville, West Virginia. *Pet.* ¶ 17; *Gov't's Resp.* 4–5, ECF No. 7.

The Government admittedly presents the same arguments previously rejected by this Court and indicates a hearing on the matter is not necessary. *Gov't's Resp.* 2–3. This Court's opinions[2] are adopted and form the basis for this brief opinion. The Government's arguments have been uniformly rejected by Courts within this District. *See Izaguirre v. Mason*, No. 2:26-CV-00121, 2026 WL 561235, at *3–5 (S.D. W. Va. Feb. 27, 2026) (Goodwin, J.); *Umarov v. Mason*, No. 2:27-cv-00081, 2026 WL 381614, at *5 (S.D. W. Va. Feb. 11, 2026) (Berger, J.); *Briceno Solano v. Mason*, No. 2:26-cv-00045, 2026 WL 311624, at *20 (S.D. W. Va. Feb. 4, 2026) (Johnston, J.). The Court's analysis of the Immigration and Nationality Act and entitlement to due process within it has not changed.

For the previously stated reasons, the Petition, ECF No. 1, is **GRANTED**. Respondents are **ORDERED** to **PROMPTLY RELEASE PETITIONER** in the Southern District of West Virginia, today, Friday, July 10, 2026. Respondents are **ORDERED** to transport Petitioner back to the Southern District of West Virginia. Respondents are **DIRECTED** to provide reasonable notice of at least three hours to Petitioner's counsel of the anticipated time and place of Petitioner's release. Respondents are **ORDERED** to facilitate the prompt return of all property seized incident to Petitioner's detention, including legal documents. Respondents shall file a notice of compliance with the Court.

---

Petitioner, and in the interest of efficiency, an amended petition removing the "next friend" designation has not been filed. *Pet'r's Reply* 1 n.1, ECF No. 8.

[2] *See e.g., Linarez Vilchez v. Kluemper*, No. 3:26-0261, 2026 WL 1049282 (S.D. W. Va. Apr. 17, 2026); *Uulu v. Aldridge*, No. 3:26-073, 2026 WL 401200 (S.D. W. Va. Feb. 12, 2026); *Simanca Gonzalez v. Aldridge*, No. 3:26-0055, 2026 WL 313476 (S.D. W. Va. Feb. 5, 2026).

-3-

The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioner pending further order of this Court. Respondents are **PERMANANTLY ENJOINED** from imposing any conditions or restraints on Petitioner's liberty (including but not limited to an ankle monitor, curfew, or electronic monitoring) without an individualized assessment of the need for such restraints and a pre-deprivation hearing before a neutral and detached decisionmaker.

The Show Cause Hearing previously scheduled for July 10, 2026, is **CANCELLED**.

The Court **DIRECTS** the Clerk to send a copy of this written Opinion and Order to counsel of record and any unrepresented party.

ENTER:        July 10, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE